| PROB 22<br>(Rev12/06)<br><br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:99CR00033-005 - JJF |
| --- | --- |
| | DOCKET NUMBER *(Rec. Court)*<br>2:07CR00093 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Aaron Collins<br>Norfolk, Virginia | DISTRICT<br><br>EASTERN DISTRICT OF VIRGINIA | DIVISION<br><br>Norfolk |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE<br><br>The Honorable Roderick R. McKelvie | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>5/26/06 | TO<br>5/25/11 |

OFFENSE

Distribution of Cocaine Base, Possession With Intent to Distribute Cocaine Base, Possession of a Firearm By a Prohibited Person

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

　　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DELAWARE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| April 19, 2007 | Joseph J. Farnan Jr. |
| --- | --- |
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

　　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

WDKjr.

| | /s/<br>Walter D. Kelley, Jr.<br>**United States District Judge** |
| --- | --- |
| 5/7/07 | |
| *Effective Date* | *United States District Judge* |