OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

RECEIVED
2007 JUL -9 P 2:03
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

July 6, 2007

Clerk of Court
U.S. District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

RE: UNITED STATES v. Aaron Collins
Transfer of Jurisdiction
DIST. OF DELAWARE CASE NO. CR 99-33-5-JJF

Dear Clerk:

Pursuant to the Transfer of Jurisdiction Order (copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Judgment and 2.) Docket Sheets.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
Deputy Clerk

/kjk
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on ____7/9/07____.
(date)

FILED
JUL 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE