OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 31, 2007

Clerk of Court
U.S. District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

RE: UNITED STATES v. Aaron Collins
    Transfer of Jurisdiction
    DIST. OF DELAWARE CASE NO. CR 99-33-5-JJF

Dear Clerk:

Enclosed please find the supplemental record to complete the transfer of jurisdiction. Included are certified copies of the following: Indictment, Felony Information, Memorandum of Plea Agreement and the Docket Sheet.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

Thank you for your attention regarding this matter.

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
    Deputy Clerk

/kjk
enclosures

I hereby acknowledge receipt of the record in the above captioned matter on ___8-3-07___.
                                    (date)

_____
Signature and Title

FILED
AUG 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE